

DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

B. John Pendleton, Jr.
john.pendleton@dlapiper.com
T  973.520.2561
F  973.520.2581

*Partners Responsible for Short Hills Office:*
*Andrew P. Gilbert*
*Michael E. Helmer*

November 13, 2015
VIA ECF

Our File No.: 251850-000043

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 240
New York, New York  10007

Re:   *Fondation Dixhuit v. Pruco Life Insurance Co. of New Jersey*
      No. 14-cv-2165(VEC)

Dear Judge Caproni:

We represent defendant Pruco Life Insurance Company of New Jersey ("Prudential") in the above-captioned action. We respectfully request that the status conference with Your Honor that is currently scheduled for December 11, 2015 at 10:00am (as per the October 23, 2015 Order [Docket Entry #101]), be rescheduled for December 18, 2015, or another date thereafter that is convenient for Your Honor. On December 11, 2015, I am scheduled to be out-of-state and will be unable to attend the conference as it is currently scheduled. I have conferred with counsel for Plaintiff and they do not object to this request and are also available on December 18, 2015.

We appreciate Your Honor's consideration of this request.

**DLA Piper LLP (US)**

Respectfully submitted,

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.

cc:  All counsel of record (via ECF)